AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| Nicole Kelly | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) Civil Action No. 21-251 | |
| Omnipoint Management Solutions, LLC | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Omnipoint Management Solutions, LLC
2303 Union Road
West Seneca, NY 14224

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
SERGEI LEMBERG
LEMBERG LAW LLC
43 DANBURY ROAD
WILTON, CT 06897

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Kate Barkman, Clerk of Court
U.S. District Court, Eastern District of PA

CLERK OF COURT

Date: 1/20/2021

*s/Brian J. Weissman*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21-251

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Omnipoint Management Solutions LLC
was received by me on *(date)*  February 1, 2021 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  "Melissa" last name not given , who is designated by law to accept service of process on behalf of *(name of organization)*  Office Manager - Omnipoint Management Solutions LLC  on *(date)*  February 2, 2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/04/2021

*Server's signature*

Michael Hadden - Process Server
*Printed name and title*

PO Box 1932
Amherst, NY 14226
*Server's address*

Additional information regarding attempted service, etc:
Adult Female, 35-40 year's age, Brown Hair, Brown Eyes, 5'3, 125 lbs

[Print]  [Save As...]  [Reset]