UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

NICOLE KELLY

    Plaintiff,

vs.

OMNIPOINT MANAGEMENT SOLUTIONS, LLC

    Defendant.

Case No.: 21-cv-251

## DEFENDANT OMNIPOINT MANAGEMENT SOLUTIONS, LLC'S CORPORATE DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Omnipoint Management Solutions, LLC by and through its attorneys, Lippes Mathias Wexler Friedman LLP, hereby notifies this Court and all parties of the following:

1. Omnipoint Management Solutions, LLC is a New York limited liability company with a principal place of business in the State of New York.

2. Omnipoint Management Solutions, LLC has no parent corporation.

3. No publicly held corporation owns 10% or more interest of Omnipoint Management Solutions, LLC.

DATED: February 22, 2021

**LIPPES MATHIAS WEXLER FRIEDMAN LLP**

/s Brendan H. Little
Brendan H. Little, Esq.
Attorneys for Defendant
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
P: 716-853-5100
F: 716-853-5199
E: blittle@lippes.com