UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Nicole Kelly,

              Plaintiff,

v.

Omnipoint Management Solutions, LLC; and DOES 1-10, inclusive,

              Defendants.

Civil Action No.: 2:21-cv-00251-AB

## PROPOSED DISCOVERY PLAN UNDER RULE 26(F)

**I. Rule 26(a) Disclosures**

Counsel anticipate completing the self-executing disclosures on April 26, 2021, as required by Rule 26(a).

**II. Discovery Subjects**

**(A) Counsel agree that unless otherwise stipulated by the parties or ordered by the court, discovery must proceed in accordance with the Federal Rules of Civil Procedure. This includes the amendments to the Federal Rules regarding electronic discovery effective December 1, 2006. If the parties agree to modifications to this default position, please list:**

N/A

**(B) Counsel agree that the subjects for discovery include:**

Plaintiff's allegations and defenses raised by the Defendant

**(C) Counsel anticipate that the following depositions will be necessary (identify parties if known at this point):**

Plaintiff anticipates deposing Defendant's 30(b)(6) witness and expert witnesses produced by the Defendant, if any.

Defendant anticipates deposing Plaintiff, the third parties identified by Plaintiff in the Complaint and any expert witnesses disclosed by Plaintiff.

### III. Pretrial Timetable

**(A) The Court will enter the default scheduling order, a copy of which is attached as Attachment B, unless the parties request an alternate discovery schedule. The parties request a close of discovery date of:**

October 4, 2021

**(B) Counsel may set forth below an alternative proposed scheduling order if agreed to by all parties. Counsel should use dates certain rather than contingent dates; if a date is difficult to specify, counsel should estimate it to the best of their ability.**

### IV. Alternative Dispute Resolution

**(A) Type of ADR, settlement conference etc.**

The parties agree to a settlement conference after the close of discovery.

**(B)Timing of ADR**

**(C) Unless otherwise recommended, a settlement conference will be scheduled.**

### V. Other Pretrial Issues (e.g. protective orders, etc.)

None.

Dated: April 6, 2021

/s/ Sergei Lemberg

Sergei Lemberg, Esq.
Bar No.: 317359
**LEMBERG LAW, L.L.C.**
43 Danbury Road, 3rd
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
slemberg@lemberglaw.com
Attorney for Plaintiff

/s/ Brendan H. Little
Brendan H. Little, Esq.
Lippes Mathias Wexler Friedman LLP
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
Telephone: (716) 853-5100
Facsimile:  (716) 853-5199
blittle@lippes.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2021, a true and correct copy of the foregoing was served electronically by the U.S. District Court Eastern District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg

Sergei Lemberg