### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| Nicole Kelly | : | CIVIL ACTION |
|  | : | No.21-251 |
| v. | : |  |
|  | : |  |
| Omnipoint Management Solutions, LLC | : |  |

### SCHEDULING ORDER

**AND NOW**, this 12th day of April 2021 it is **ORDERED** as follows:

1. Pretrial timetable:

    - All discovery must be completed on or before: October 4, 2021

    - Plaintiff's expert reports due on or before**:** September 6, 2021

    - Defendant's expert reports due on or before: September 20, 2021

    - Depositions of experts must be completed on or before: October 4, 2021

    - Dispositive motions due on or before: October 18, 2021

    - After all dispositive motions have been decided or when no dispositive motions have been filed and the time for filing dispositive motions has elapsed, the parties will be given notice of a trial date, a Final Pretrial Conference, and deadlines for pretrial filings.

2. All summary judgment motions and responses must contain a statement of undisputed and disputed facts with citations to the record, including to the specific exhibit, page, and line number.   A party is granted 21 days to file a response in opposition to a motion for summary judgment and 10 days to file any reply or surreply.   Motions for leave to file a reply and surreply are not necessary for a Rule 56 motion because replies and surreplies are automatically allowed.

3. Your case has been assigned to Law Clerk Beatrix Lu beatrix_lu@paed.uscourts.gov

4. Judge Brody's Policies and Procedures can be accessed via the United States District Court for the Eastern District of Pennsylvania's website at **www.paed.uscourts.gov**.

                                                                     __s/ANITA B. BRODY, J._
                                                                      ANITA B. BRODY, J.