UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Nicole Kelly, <br><br> Plaintiff, <br> v. <br><br> Omnipoint Management Solutions, LLC, <br><br> Defendant. | Civil Action No.: 2:21-cv-00251-AB |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: September 7, 2021

Respectfully submitted,

PLAINTIFF, Nicole Kelly

/s/ Sergei Lemberg

Sergei Lemberg, Esq.
Bar No.: 317359
**LEMBERG LAW, L.L.C.**
43 Danbury Road, 3rd
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that on September 7, 2021, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

          By /s/ Sergei Lemberg

            Sergei Lemberg